IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Damaso Alavez,<br><br>        Petitioner,<br><br>vs.<br><br>David Shinn, *et al.*,<br><br>        Respondents. | No. CIV 19-498-TUC-CKJ (BGM)<br><br>**ORDER** |

On April 12, 2022, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation (Doc. 16) in which he recommends the Court dismiss with prejudice the Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Non-Death Penalty) ("Petition") (Doc. 1) filed by Petitioner Damasco Alavez ("Alavez") be denied as untimely.

The Report and Recommendation advised the parties that, pursuant to 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b)(2), any party may serve and file written objections within fourteen (14) days after being served with a copy of the Report and Recommendation. No objections have been filed within the time provided by 28 U.S.C. § 636(b)(1). After an independent review, the Court finds it is appropriate to adopt the Report and Recommendation and deny the Petition as untimely.

Accordingly, IT IS ORDERED:

1.    The Report and Recommendation (Doc. 16) is ADOPTED.

2.    The Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person

in State Custody (Non-Death Penalty) ("Petition") (Doc. 1) is DENIED.

3. The Clerk of the Court shall enter judgment and shall then close its file in this matter.

4. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, in the event Petitioner files an appeal, the Court declines to issue a certificate of appealability because reasonable jurists could not "debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further'." *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Close v. Thomas*, 653 F.3d 970, 974 n. 2 (9th Cir. 2011) ("COA is not required to appeal the denial of a § 2241 petition filed by a person in federal custody").

DATED this 26th day of September, 2022.

_____
Cindy K. Jorgenson
United States District Judge